JS - 6/ENTER



FILED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 7 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

|  |  |
|---|---|
| VICTOR MANUEL CANAS,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>JAMES A. YATES, Warden,<br><br>　　　　Respondent. | Case No.   EDCV 07-00334-VBF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.


Dated:　　October 23, 2009

*Valerie Baker Fairbank*
Valerie Baker Fairbank
United States District Judge

ENTERED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY